**MEMO ENDORSED**

# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner
Edward V. Sapone, Esq., Partner

Chase S. Ruddy, Esq., Senior Associate
Michael Vitaliano, Esq., Associate

**MANHATTAN**
40 Fulton Street, 23rd Floor
New York, New York 10038
Telephone: (212) 349-9000
Facsimile: (347) 408-0492
E-mail: ed@saponepetrillo.com

**LONG ISLAND**
1103 Stewart Avenue, Suite 200
Garden City, New York 11530
Telephone: (516) 678-2800
Facsimile: (516) 977-1977
E-mail: william@saponepetrillo.com

September 1, 2020

Hon. Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Martin Torres*
        Docket No.: 18-CR-748

Dear Judge Kaplan:

   I am CJA counsel to Defendant Martin Torres in the above-referenced case. I have spoken with Mr. Torres about the Court's calendar conflict with his September 23 sentencing date, and about how he would like to proceed with sentencing as the Court and the parties deal with the ongoing challenges posed by the coronavirus pandemic. After conferring with Mr. Torres, it is his preference to proceed with an in-person sentencing hearing. It is our understanding that the Court is able to facilitate an in-person hearing on October 22, 2020 at 12:00 p.m. We would respectfully request that the Court schedule Mr. Torres' sentencing for that date.

   I thank Your Honor for your consideration and wish everyone well.

Respectfully submitted,

/s/ *Edward V. Sapone*
Edward V. Sapone

*The sentencing is rescheduled for Oct. 21, 2020 at 12 pm*

USDJ 9/2/20