**MEMO ENDORSED**

THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/22
```

UNITED STATES OF AMERICA

v.                                                18 Cr. 748 (LAK)

MARTIN TORRES,

                Defendants.

### *EX PARTE*[1] MOTION FOR APPROVAL TO FILE UNDER SEAL

NOW COMES Martin Torres, by and through his attorney, Avraham C. Moskowitz, and respectfully moves, *ex parte*, for approval from the Court to file under seal a letter on behalf of defendant, requesting the use of an Associate.

WHEREFORE counsel respectfully request that the relief sought be granted.

On this 19th day of April 2022, it is

                Respectfully submitted,
                MOSKOWITZ & BOOK, LLP

                By:/s/Avraham C. Moskowitz
                    Avraham C. Moskowitz
                345 Seventh Avenue, 21st Floor
                New York, NY 10001
                212-221-7999
                212-398-8835 (Fax)
                amoskowitz@mb-llp.com

                Counsel to Defendant Martin White

Dated:   New York, New York
           April 19, 2022

*Granted*
/s/ LAK
4/20/22

---

[1] This application is filed *ex parte* and under seal pursuant to LCrR 12.2 because it concerns information related to defense strategy that should not be made available to the other parties to this litigation. *See* Administrative Office of the United States Courts, GUIDELINES FOR THE ADMINISTRATION OF THE CRIMINAL JUSTICE ACT, Section 640.20.